# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| DERRICK LYNCH, | Case No. 18-10191-WHD |
| Debtor. | |
| ALLY FINANCIAL INC., | |
| Movant. | |
| v. | Contested Matter |
| DERRICK LYNCH, Debtor, MELISSA J. DAVEY, Chapter 13 Trustee, | |
| Respondents. | |

## OBJECTION TO CONFIRMATION

COMES NOW, ALLY FINANCIAL INC. ("Movant"), creditor and interested party in the above Debtor's case, and as its Objection to Confirmation of the Debtor's proposed plan, show this Court as follows:

1.

That on February 1, 2018, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2.

That the Debtor is indebted to Movant in the amount of $22,503.65 on an installment sales contract for the purchase of a 2012 CHEVROLET SILVERADO automobile, VIN: 3GCPKSE78CG273794 (the "Vehicle").

3.

The plan of payment proposed by the Debtor does not comply with the provisions of §1325 of the Bankruptcy Code.

4.

Movant objects on the grounds that the proposed rate of interest is insufficient to pay Movant the present value of its claim.

5.

Pursuant to Title 11 §1325, this debt is not subject to modification under §506.  Movant objects on the grounds that the plan proposes to treat Movant as fully secured, but the estimated amount of the claim contained in the Debtor's plan is incorrect. Movant should be paid the amount of its filed secured claim.

6.

Movant objects on the grounds that the proposed adequate protection payment is insufficient.  The payment must be increased and paid retroactively to provide for adequate protection on the vehicle.

7.

Movant objects on the grounds that an equal monthly payment must be provided for by the plan, pursuant to § 1325(a)(5)(b)(iii)(I).

8.

Movant objects on the grounds that the Movant is unable to verify that Debtor is maintaining insurance on the Vehicle, as required by the terms of the contract between the parties.

WHEREFORE, Movant prays that confirmation of the Debtor's proposed plan be denied and that it have such other and further relief as is just.

Shapiro Pendergast & Hasty, LLP

/s/ Vanessa A. Leo_____
Vanessa A. Leo   GBN 410598

## CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and that on March 14, 2018, a copy of the foregoing Objection to Confirmation was served by electronic mail or first class U.S. Mail, with adequate postage prepaid, on the following persons or entities at the addresses stated below:

Derrick Lynch
56 Montpelier Place
Sharpsburg, GA 30277

Karen King
King & King Law LLC
215 Pryor Street, S.W.
Atlanta, GA 30303

Melissa J. Davey
Chapter 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

Dated: March 14, 2018                                Shapiro Pendergast & Hasty, LLP

/s/ Vanessa A. Leo
Vanessa A. Leo
Georgia Bar No. 410598
valeo@logs.com
211 Perimeter Center Parkway, N.E.
Suite 300
Atlanta, GA 30346
Phone: 770-220-2535
Fax: 770-220-2665