IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

IN RE:  
Derrick Lynch,  
    Debtor.

CHAPTER 13

CASE NO. 18-10191-WHD

## AFFIDAVIT OF DEBTOR

I, the undersigned, hereby swear and affirm to the best of my knowledge, information and belief that:

The income earned during the 2013 - 2017 tax years does not require me to file 2013 - 2017 tax returns; therefore, I did not file a tax return for the afore-mentioned years.

Executed on this 3 day of April, 2018.

/s/  
Derrick Lynch

Sworn to and subscribed before me

this 3 day of April, 2018.

/s/  
Notary Public

Penalty for making a false statement or concealing property:
Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§152 and 3571.

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:  
Derrick Lynch,  
       Debtor.

CHAPTER 13

CASE NO. 18-10191-WHD

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that I am more than 18 years of age, and that on this day, I served a copy of the within "Affidavit of Debtor" upon the following by depositing a copy of same in U.S. Mail with sufficient postage, unless otherwise noted, affixed thereon to ensure delivery to:

Derrick Lynch  
56 Montpelier Place  
Sharpsburg, GA 30277

Melissa J. Davey  
260 Peachtree Street NW, Suite 200  
Atlanta, GA 30303; Via E-notice

Internal Revenue Service  
Centralized Insolvency Operations  
P.O. Box 7346  
Philadelphia, PA 19101-7346

Internal Revenue Service  
ATTN: Bankruptcy Specialist  
401 West Peachtree St. NW  
Stop 334-D  
Atlanta, GA 30308-3539

Department of Justice  
Tax Division  
Attn: Chief, Civil Trial section  
Southern Regional  
P.O. Box 14198  
Ben Franklin Station  
Washington, DC 20044

U.S. Attorney
Northern District of Georgia
Civil Division, Attn: Civil Clerk
600 Richard B. Russell Building
75 Spring Street, SW
Atlanta, GA 30303

U.S Attorney General
Main Justice Building
10th & Constitution Avenue
Washington, DC, 20530

Georgia Department of Revenue
1800 Century Blvd. NE
Atlanta, GA 30345-3205

Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

This 5th day of April, 2018        By: _____ /S/
Foss Baker, Attorney for Debtor
GA Bar # 296402
King & King Law LLC
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com